HYDE v. ABBOT LABORATORIES, INC.

No. 424P96

Case below: 123 N.C. App. 572

Petition by defendant (Bristol-Myers Squibb Co. and Mead Johnson & Co.) for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.

IN RE ESTATES OF BARROW

No. 351P96

Case below: 122 N.C. App. 717

Petition by respondent for discretionary review pursuant to G.S. 7A-31 dismissed as moot 30 October 1996.

NOONKESTER v. DOE

No. 413P96

Case below: 123 N.C. App. 784

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.

PATTERSON v. MARKHAM & ASSOCIATES

No. 359P96

Case below: 123 N.C. App. 448

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.

POWELL v. DOE

No. 393P96

Case below: 123 N.C. App. 392

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.